1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
GONZALO VALENCIA HERRERA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-0088-FCD |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO AUGUST 27, 2007 |
| ) | |
| VICTOR MANUEL ALVARADO, ) | |
| et al, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Philip A. Ferrari, and defendant Victor Manuel Alvarado, by his attorney Mr. Preciliano Martinez, defendant Jesus Valencia Ontiveros, by his attorney Mr. Bruce Locke, defendant Sabas Miramontes, by his attorney Mr. Donald P. Dorfman, defendant Jose Luis Villanueva Diaz, by his attorney Ms. Dina L. Santos, defendant Ricardo Valencia Diaz, by his attorney Mr. Roland L. Bennett, defendant Margarito Ramirez Caballero, by his attorney Mr. Carl E. Larson, and defendant Gonzalo Valencia Herrera, by his attorney James R. Greiner, hereby stipulate and agree that the status conference calendared for **Monday, June 4, 2007, at 10:00 a.m.** before the Honorable District Court Judge, Frank C. Damrell, Jr., shall be continued to **Monday, August 27, 2007, at 10:00 a.m.**

1

The background of the case to date is as follows:

The criminal complaint was filed on February 27, 2007, with all defendants making their first appearance on that date.

An Indictment was returned against all defendants on March 8, 2007.

On March 13, 2007, all defendants were arraigned on the Indictment and a status conference was set for April 23, 2007, in the District Court. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

The status conference was held on April 23, 2007, with the Court setting Monday, June 4, 2007, as the next status conference date. Time continued to be excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

The government has represented that more discovery will be produced to the defense dealing with transcripts of telephone conversations the week of June 4, 2007. This new and additional discovery, along with the discovery the defense has received from the government to date, needs to be examined, analyzed and discussed with the defendants to ensure each defendant has knowledge of the case the government has produced to date. The need for the extra time outweighs the interest in a speedy trial to allow defense counsel adequate time for proper and reasonable preparation of the case, including investigation, and the parties agree and stipulate to this fact.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Monday, August 27, 2007, under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T**-4.

The Court's courtroom deputy was called to clear the date requested and the date is available on the Court's calendar.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|   | /s/ PHILLIP A. FERRARI by telephone authorization |
| DATED: 6-1-07 | _____<br>PHILLIP A. FERRARI<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEYS FOR THE PLAINTIFF |
| DATED: 6-1-07 | /s/ PRECILIANO MARTINEZ by telephone authorization<br>_____<br>PRECILIANO MARTINEZ<br>ATTORNEY FOR DEFENDANT ALVARADO |
| DATED: 6-1-07 | /s/ BRUCE LOCKE by telephone authorization<br>_____<br>BRUCE LOCKE<br>ATTORNEY FOR DEFENDANT ONTIVEROS |
| DATED 6-1-07 | /s/ DONALD P. DORFMAN by telephone authorization<br>_____<br>DONALD P. DORFMAN<br>ATTORNEY FOR DEFENDANT MIRAMONTES |
| DATED: 6-1-07 | /s/ DINA L. SANTOS by telephone authorization<br>_____<br>DINA L. SANTOS<br>ATTORNEY FOR DEFENDANT JOSE DIAZ |
| DATED: 6-1-07 | /s/ ROLAND L. BENNETT by telephone authorization<br>_____<br>ROLAND L. BENNETT<br>ATTORNEY FOR DEFENDANT RICARDO DIAZ |
| DATED: 6-1-07 | /s/ CARL E. LARSON by telephone authorization<br>_____<br>CARL E. LARSON<br>ATTORNEY FOR DEFENDANT CABALLERO |
| DATED: 6-1-07 | /s/ JAMES R. GREINER<br>_____<br>JAMES R. GREINER<br>ATTORNEY FOR DEFENDANT HERRERA |

3

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: JUNE 5, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4