1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
GONZALO VALENCIA HERRERA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-0088-FCD |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO SEPTEMBER 24, 2007 |
| ) | |
| GONZALO VALENCIA HERRERA, ) | |
| et al, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Philip A. Ferrari, and defendant Victor Manuel Alvarado, by his attorney Mr. Preciliano Martinez, defendant Jesus Valencia Ontiveros, by his attorney Mr. Bruce Locke, defendant Sabas Miramontes, by his attorney Mr. Donald P. Dorfman, defendant Jose Luis Villanueva Diaz, by his attorney Ms. Dina L. Santos, defendant Ricardo Valencia Diaz, by his attorney Mr. Roland L. Bennett, defendant Margarito Ramirez Caballero, by his attorney Mr. Gilbert A. Roque, and defendant Gonzalo Valencia Herrera, by his attorney James R. Greiner, hereby stipulate and agree that the status conference calendared for **Monday, August 27, 2007, at 10:00 a.m.** before the Honorable District Court Judge, Frank C. Damrell, Jr., shall be continued to **Monday, September 24, 2007, at 10:00 a.m.**

1  The background of the case to date is as follows:

2  The criminal complaint was filed on February 27, 2007, with all defendants
3  making their first appearance on that date.

4  An Indictment was returned against all defendants on March 8, 2007.

5  On March 13, 2007, all defendants were arraigned on the Indictment and a
6  status conference was set for April 23, 2007, in the District Court. Time under the
7  Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section
8  (h)(8)(B)(iv).

9  The status conference was held on April 23, 2007, with the Court setting
10 Monday, June 4, 2007, as the next status conference date. Time continued to be
11 excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C.
12 section (h)(8)(B)(iv). A stipulation and Order was signed continuing the status
13 conference set on Monday, June 4, 2007 to Monday, August 27, 2007. Time
14 continued to be excluded under the Speedy Trial Act under Local Code T-4 and Title
15 18 U.S.C. section (h)(8)(B)(iv).

16 The government has continually produced discovery in this case which has been
17 and is being reviewed by defense counsel and with their respective clients.  The
18 discovery the defense has received from the government to date, needs to be
19 examined, analyzed and discussed with the defendants to ensure each defendant has
20 knowledge of the case the government has produced to date. In addition, the need for
21 investigation by the defense is required and the additional time will allow that to take
22 place.  The need for the extra time outweighs the interest in a speedy trial to allow
23 defense counsel adequate time for proper and reasonable preparation of the case,
24 including investigation, and the parties agree and stipulate to this fact.

25 In addition, Mr. Gilbert A. Roque was recently substituted into this case as of
26 July 19, 2007. Mr. Roque is in need of additional time to review the ongoing
27 discovery and discuss the discovery and the case with his client, and to investigate the

28

issues in the case.  The additional time will allow Mr. Roque the needed time since he has just been substituted into the case.

The parties stipulate and agree that time under the Speedy Trial Act  shall continue be excluded **up to and including Monday, September 24, 2007, under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T**-4.

The Court's courtroom deputy was called to clear the date requested and the date is available on the Court's calendar.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ PHILLIP A. FERRARI by e mail authorization

DATED: 8-23-07        _____
PHILLIP A. FERRARI
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: 8-23-07        /s/ PRECILIANO MARTINEZ by telephone authorization
_____
PRECILIANO MARTINEZ
ATTORNEY FOR DEFENDANT ALVARADO

DATED: 8-23-07        /s/ BRUCE LOCKE by telephone authorization
_____
BRUCE LOCKE
ATTORNEY FOR DEFENDANT ONTIVEROS

DATED: 8-23-07        /s/ DONALD P. DORFMAN by telephone authorization
_____
DONALD P. DORFMAN
ATTORNEY FOR DEFENDANT MIRAMONTES

DATED: 8-23-07        /s/ DINA L. SANTOS by e mail  authorization
_____
DINA L. SANTOS
ATTORNEY FOR DEFENDANT JOSE DIAZ

3

DATED: 8-23-07        /s/ ROLAND L. BENNETT by telephone authorization
_____
ROLAND L. BENNETT
ATTORNEY FOR DEFENDANT RICARDO DIAZ

DATED: 8-23-07        /s/ GILBERT A. ROQUE  by e mail authorization
_____
GILBERT A. ROQUE
ATTORNEY FOR DEFENDANT CABALLERO

DATED: 8-23-07        /s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT HERRERA

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: AUGUST 23, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4