BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JESUS VALENCIA ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0088-02 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM JUNE 2, 2008 TO AUGUST 4, 2008 AND MODIFYING THE SCHEDULE FOR THE PRE-SENTENCE REPORT |
| v. | |
| JESUS VALENCIA ONTIVEROS | |
| Defendant. | |

The defendant, Jesus Valencia Ontiveros, by and through his attorney, Bruce Locke, and the United States, by and through its attorney, Philip Ferrari, hereby stipulate that the Judgement and Sentencing currently set for June 2, 2008 shall be continued to August 4, 2008 at 10:00 a.m., and the parties further stipulate that the proposed Pre-Sentence Report shall be disclosed to counsel no later than June 30, 2008, that counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than July 14, 2008, that the Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than July 21, 2008, and that the Motion for correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than July 28, 2008.

/////

1

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: April 28, 2008 |      /S/<br>BRUCE LOCKE<br>Attorney for Jesus Valencia Ontiveros |
| DATED: April 28, 2008 |      /S/<br>PHILIP FERRARI<br>Attorney for the United States |

IT IS SO ORDERED:

DATED: April 28, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE