BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
blocke@mosslocke.com

Attorneys for
JESUS VALENCIA ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS VALENCIA ONTIVEROS ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | No.  CR 07-0088-FCD <br><br> REQUEST TO PHONE MEXICO <br> TO TALK TO PARENTS AND ORDER |

The defendant, Jesus Valencia Ontiveros, by and through his attorney, Bruce Locke, hereby requests that he be able to phone his family in Mexico from the Sacramento County Jail at his own expense. Mr. Valencia Ontiveros is very close to his parents and he has not been able to talk with them since he was arrested February 27, 2007. The jail will allow Mr. Valencia Ontiveros to phone his home in Mexico with an international calling card, if the Court so orders.

Mr. Valencia Ontiveros, whose jail X-Ref number is X-4313231 hereby requests this Court order the Sacramento County jail to grant him access to a telephone on which he can place a call to the home of his mother and father in Mexico at 011-52-313-327-7137 and that he be allowed to speak with his family members there for at least twenty minutes or for such longer time as the Sheriff may allow. This request is contingent upon the defendant's use of an international calling card so that no costs are incurred by the Sacramento County Jail. The government is not opposed to this request and Mr. Ferrari has authorized Bruce Locke to signify his signature on this motion.

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: July 23, 2008 | /S/<br>BRUCE LOCKE<br>Attorney for Jesus Valencia Ontiveros |
| DATED: July 23, 2008 | /S/<br>PHILIP FERRARI<br>Attorney for the United States |

IT IS SO ORDERED:

DATED: July 23, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE