BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
blocke@mosslocke.com

Attorneys for
JESUS VALENCIA ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR.S-07-0088-FCD |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM AUGUST 25, 2008 TO SEPTEMBER 22, 2008 AND MODIFYING THE DATE FOR DISCLOSURE OF THE PRE-SENTENCE REPORT |
| JESUS VALENCIA ONTIVEROS | ) | |
| Defendant. | ) | |

The defendant, Jesus Valencia Ontiveros, by and through his attorney, Bruce Locke, and the United States, by and through its attorney, Philip Ferrari, hereby stipulate that the Judgement and Sentencing currently set for August 25, 2008 shall be continued to September 22, 2008 at 10:00 a.m., and the parties further stipulate that the Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than September 8, 2008. Mr. Ferrari has authorized undersigned counsel to sign his name to this Stipulation and Order.

Respectfully submitted,

DATED: August 18, 2008         /S/
                              BRUCE LOCKE
                              Attorney for Jesus Valencia Ontiveros

1

1
2  DATED: August 18, 2008                  /S/
3                                          PHILIP FERRARI
                                           Attorney for the United States
4
5  IT IS SO ORDERED:
6
7  DATED: August 18, 2008
                                           _____
8                                          FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE
9
10
...
29                                  2