1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  blocke@mosslocke.com

5  Attorneys for
   JESUS VALENCIA ONTIVEROS
6

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,     )    No.  CR.S-07-0088-FCD
                                 )
10               Plaintiff,      )
                                 )
11                               )    STIPULATION AND ORDER
           v.                    )    CONTINUING THE DATE FOR
12                               )    SENTENCING FROM SEPTEMBER
   JESUS VALENCIA ONTIVEROS      )    22, 2008 TO OCTOBER 6, 2008
13                               )    AND MODIFYING THE DATE
                                 )    FOR DISCLOSURE OF THE
14                               )    PRE-SENTENCE REPORT
                 Defendant.      )
15 _____)

16     The defendant, Jesus Valencia Ontiveros, by and through his attorney, Bruce Locke, and the United States, by and through its attorney, Philip Ferrari, hereby stipulate that the Judgement and Sentencing currently set for September 22, 2008 shall be continued to October 6, 2008 at 10:00 a.m., and the parties further stipulate that the Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than September 22, 2008. Mr. Ferrari has authorized undersigned counsel to sign his name to this Stipulation and Order.

                              Respectfully submitted,

DATED: September 7, 2008             /S/
                              BRUCE LOCKE
                              Attorney for Jesus Valencia Ontiveros

                                   1

DATED: September 7, 2008

      /S/
PHILIP FERRARI
Attorney for the United States

IT IS SO ORDERED:

DATED:  September 8, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE