BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
blocke@mosslocke.com

Attorneys for
JESUS VALENCIA ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS VALENCIA ONTIVEROS<br>Defendant. | No.  CR 07-0088-FCD<br><br>STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM OCTOBER 6, 2008 TO OCTOBER 20, 2008 AND MODIFYING THE DATE FOR DISCLOSURE OF THE PRE-SENTENCE REPORT |

The defendant, Jesus Valencia Ontiveros, by and through his attorney, Bruce Locke, and the United States, by and through its attorney, Philip Ferrari, hereby stipulate that the Judgement and Sentencing currently set for October 6, 2008 shall be continued to October 20, 2008 at 10:00 a.m., and the parties further stipulate that the Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than September 29, 2008. Mr. Ferrari has authorized undersigned counsel to sign his name to this Stipulation and Order.

Respectfully submitted,

DATED: September 22, 2008         /S/
                                  BRUCE LOCKE
                                  Attorney for Jesus Valencia Ontiveros

1

DATED: September 22, 2008        /S/
                                 PHILIP FERRARI
                                 Attorney for the United States

IT IS SO ORDERED:

DATED: September 22, 2008

                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE