BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
blocke@mosslocke.com

Attorneys for
JESUS VALENCIA ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR.S- 07-0088-FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM NOVEMBER 17, 2008 TO NOVEMBER 24, 2008 AND MODIFYING THE DATE FOR DISCLOSURE OF THE PRE-SENTENCE REPORT |
| JESUS VALENCIA ONTIVEROS | ) | |
| Defendant. | ) | |

The defendant, Jesus Valencia Ontiveros, by and through his attorney, Bruce Locke, and the United States, by and through its attorney, Philip Ferrari, hereby stipulate that the Judgement and Sentencing currently set for November 17, 2008 shall be continued to November 24, 2008 at 10:00 a.m., and the parties further stipulate that the Defense Reply to the Government Sentencing Memorandum shall be filed with the Court and served on the Probation Officer and opposing counsel no later than November 10, 2008 and the Government Response shall be filed by November 17, 2008. Mr. Ferrari has authorized undersigned counsel to sign his name to this Stipulation and Order.

Respectfully submitted,

DATED: November 3, 2008         /S/
                                BRUCE LOCKE
                                Attorney for Jesus Valencia Ontiveros

1

DATED: November 3, 2008          /S/
                                 PHILIP FERRARI
                                 Attorney for the United States

IT IS SO ORDERED:

DATED: November 4, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE